No. 75–561. AMERICAN ELECTRIC POWER SYSTEM ET AL. v. SIERRA CLUB ET AL. C. A. D. C. Cir. [Certiorari granted, 423 U. S. 1047.] Certiorari dismissed as to petitioner Wisconsin Power & Light Co. under this Court's Rule 60.

FEBRUARY 23, 1976

No. 75–757. OLD DOMINION FREIGHT LINE, INC., ET AL. v. UNITED STATES ET AL. Affirmed on appeal from D. C. M. D. N. C.

No. 75–758. LEFKOVITS ET AL. v. STATE BOARD OF ELECTIONS ET AL. Affirmed on appeal from D. C. N. D. Ill.

No. 75–86. WALSH ET AL. v. MONTGOMERY COUNTY, MARYLAND, ET AL. Appeal from Ct. App. Md. dismissed for want of substantial federal question. MR. JUSTICE STEVENS took no part in the consideration or decision of this appeal.

No. 75–834. HAMILTON v. VAN NATTA, COMMISSIONER, BUREAU OF MOTOR VEHICLES. Appeal from Ct. App. Ind. dismissed for want of substantial federal question.